

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514 PHONE (516)334-4500 FAX (516)334-4501 WWW.SOKOLOFFSTERN.COM

LEO DORFMAN
LDORFMAN@SOKOLOFFSTERN.COM

July 31, 2025

**By Email** (civilcases@ca2.uscourts.gov) **and PACER Filing**:
Hon. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re: *Heuser v. City of Glen Cove and Richard J. McCord*
        Docket No.: 25-541

Your Honor:

  We represent Appellee City of Glen Cove on the above-referenced appeal. We write pursuant to Second Circuit Local Rule 3l.2(a)(l)(B) to respectfully request a deadline of October 17, 2025, for Appellee City of Glen Cove to file its brief. This is 91 days from Appellant's filing on July 18, 2025, and is the same deadline set for Appellee Richard J. McCord.

  Thank you for your consideration of this matter.

                Respectfully submitted,

                Leo Dorfman

cc: All counsel (by PACER filing)
   Kristina Hueser, Esq. Appellant (kheuser@lc.org)
   Kenneth L. Gartner, Esq., counsel for Appellee Richard McCord

LONG ISLAND  ▪  HUDSON VALLEY