**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: August 21, 2025
Docket #: 25-541
Short Title: Heuser v. City of Glen Cove

DC Docket #: 2:21-cv-2018
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Trial Judge - Joan M. Azrack

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8563.